THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD SALZCYNSKI and ANDREW RODGHRIO, Appellants, et al., Defendants.— Judgments of conviction and orders affirmed. All concur. (The judgments convict the defendants-appellants of the crime of assault, second degree. The orders deny defendants' motions for a new trial and motions in arrest of judgment.) Present — Taylor, P. J., Dowling, McCurn, Larkin and Love, JJ.

MICHAEL J. MURPHY, Respondent, v. OVERLAKES FREIGHT CORPORATION, Appellant.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $23,000 as of the date of the rendition thereof, in which event the judgment is modified accordingly and, as so modified is, together with the order, affirmed, without costs of this appeal to either party. All concur, except Dowling and Larkin, JJ., who dissent and vote for affirmance. (The judgment is for plaintiff in an action for damages for personal injuries alleged to have been sustained by plaintiff by reason of negligence in the operation of a boat. The order denies defendant's motion for a new trial and reduced the verdict.) Present — Taylor, P. J., Dowling, McCurn, Larkin and Love, JJ.

ELLEN V. WADSWORTH, as Administratrix of the Estate of FREDERICK J. WADSWORTH, Deceased, Respondent, v. DELAWARE, LACKAWANNA & WESTERN R. R. Co., Appellant.— Judgment and orders affirmed, with costs. All concur, except Larkin, J., who dissents and votes for reversal and for dismissal of the complaint. (The judgment is for plaintiff in an action to recover damages for the death of plaintiff's intestate alleged to have resulted by reason of an automobile, which he was operating, having been negligently struck by one of defendant's trains. The orders denied defendant's motions to set aside the verdict and for direction of a verdict, and for a nonsuit.) Present — Taylor, P. J., Dowling, McCurn, Larkin and Love, JJ.

In the Matter of the Probate of the Will of ANTONI NOWAK, Deceased.— Decree reversed on the facts and a new trial granted, without costs of this appeal to any party, on the ground that the finding that decedent lacked testamentary capacity is against the weight of evidence. All concur. (The decree denies probate to a will, and denies proponent's motion to set aside the verdict and for a new trial.) Present — Taylor, P. J., Dowling, Harris, Larkin and Love, JJ. [183 Misc. 1077.]